UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19 CR 49-10 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JERMAINE STROUGHTER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Jermaine Stroughter, which was referred to the Magistrate Judge with the consent of the parties.

On January 1, 2019, the government filed a 95 count Indictment, charging Defendant Jermaine Stroughter in counts 1 and 30, with Conspiracy to Possess with the Intent to Distribute and to Distribute Cocaine, in violation of Title 21 U.S.C. § 846, and Use of a Communication Facility in Furtherance of a Drug Trafficking Crime, in violation of 21 U.S.C. § 843(b) and 18:2. Defendant Stroughter was arraigned on February 6, 2019, and entered a plea of not guilty to Counts 1 and 30 of the Indictment, before Magistrate Judge Limbert. On June 25, 2019, Magistrate Judge Baughman, received Defendant Stroughter's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Stroughter is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Stroughter is adjudged guilty to Count 1 of the Indictment, in violation of Title 21 U.S.C..§ 846, Conspiracy to Possess with the Intent to Distribute and to Distribute Cocaine. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on October 3, 2019, at 3:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 23, 2019